# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| v. | ) |
|  | ) C.A. No. 24-59-JJM-AEM |
| ELIJAH MELTON; and KAREEM PIRES, | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is Defendant Kareem Pires' Motion to Sever.  ECF No. 53.  The Court DENIES the Motion.  A single trial with a single jury, against both Defendants on all counts will begin September 3, 2025.

"[T]hose indicted together are tried together to prevent inconsistent verdicts and to conserve judicial and prosecutorial resources...." *United States v. Soto–Beniquez*, 356 F.3d 1, 29 (1st Cir. 2004).  To overcome this presumption, a defendant must demonstrate "prejudice so pervasive that a miscarriage of justice looms." *Id.* In conspiracy cases, the preference for a joint trial is particularly strong. *See United States v. Floyd*, 740 F.3d 22, 37 (1st Cir. 2014).

After reviewing the evidence as proposed by the Government (ECF No. 63-1), the Court has concluded that any prejudice to Kareen Pires will not be severe such that there will be any injustice by a joint trial on the single indictment.  The evidence to prove the conspiracy is so inextricably intertwined that a severed trial (by either the counts or the parties) "would have necessarily involved repetitive use of most of the same evidence and same facts, . . . [without] a clear showing of substantial

prejudice to the defendant." *United States v. Diallo*, 29 F.3d 23, 28 (1st Cir. 1994) (quoting *United States v. Ciampaglia*, 628 F.2d 632, 643 (1st Cir.), *cert. denied*, 449 U.S. 956 (1980))[1]

The Court DENIES Defendant Kareem Pires' Motion to Sever.  ECF No. 53.

IT IS SO ORDERED.

*s/John J. McConnell, Jr.*
_____
John J. McConnell, Jr.
Chief United States District Judge

July 10, 2025

---

[1] The Court will follow procedures set forth by the First Circuit, including in *United States v. Weadick*, 15 F.4th 1, 8-9 (1st Cir. 2021), and will give cautionary instructions when requested.