UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| United States of America<br>    Plaintiff,<br><br>v.<br><br>Elijah Melton,<br>    Defendant. | )<br>)<br>)<br>)<br>)   No. 1:24-cr-00059-JJM-AEM-1<br>)<br>)<br>)<br>) |

**ORDER**

AMY E. MOSES, United States Magistrate Judge.

Pursuant to the Criminal Justice Act, the Court hereby appoints Attorney J. Richard Ratcliffe as independent counsel for Defendant Elijah Melton. Attorney Ratcliffe is appointed for the limited purpose of reviewing the potential and actual conflicts created by Attorney Beau B. Brindley's representation of Mr. Melton, explaining the material risks and advantages, if any, of proceeding with representation burdened with a conflict of interest and reasonably available alternatives, and to discuss any questions and concerns Mr. Melton may have. If, after he has had a reasonable opportunity to consider the risks and alternatives and raise any questions and concerns, Mr. Melton elects to proceed with Attorney Brindley's representation notwithstanding those risks, then Attorney Ratcliffe shall review and procure a written, signed consent from Mr. Melton to proceed with Attorney Brindley's representation.

Attorney Ratcliffe shall promptly complete this review with Mr. Melton and file a waiver or otherwise notify the Court how Mr. Melton wishes to proceed. If Mr. Melton wishes to proceed with the waiver, then the Court will schedule a hearing to undergo a colloquy with Mr. Melton

regarding the waiver. If deemed necessary, the Court may seek Mr. Melton's sworn testimony at that hearing regarding how he plans to proceed.

      IT IS SO ORDERED.

 /s/   Amy E. Moses
AMY E. MOSES
United States Magistrate Judge

January 28, 2026

2